UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMADOU BHOYE SOW,                                 Case No. 08 CV 4114
                Plaintiff(s),

  -against-

PS INTERNATIONAL LTD,
                Defendant(s).      **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK   )
                            s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 8th day of May, 2008, at approximately 12:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; RULE 7.1 STATEMENT; CIVIL COVER SHEET; JUDGE'S RULES; ECF FILING INSTRUCTIONS and COMPLAINT** upon PS INTERNATIONAL LTD at 233 Broadway, New York, New York by personally delivering and leaving the same with Patrick Zimmerman, Attorney, who is authorized by appointment to accept service.
      Patrick Zimmerman is a white male, approximately 50 years of age, is approximately 5 feet and 10 inches tall, weighs approximately 250 pounds, with medium length gray hair and blue eyes.

Sworn to before me this
8th day of May, 2008

                                                JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010