Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMADOU BHOYE SOW,
                   Plaintiff,

     -against-

PS INTERNATIONAL, LTD.
                   Defendant.
-------------------------------------------------------x

**ECF CASE**

**08 Civ. 4114 (CM)**

**NOTICE OF MOTION
TO COMPEL
ARBITRATION IN LONDON**

SIRS:

     PLEASE TAKE NOTICE, that on the motion of PS International, Ltd., filed on July 7th, 2008, the undersigned will move the above Court for the hearing of motions at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a date to be determined by the Court, for an Order directing the Plaintiff to proceed to arbitration in London and staying the action in this Court, all as described in the accompanying papers filed herein, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
         July 7, 2008

                                                    Patrick C. Crilley (PC 9057)
                                                  Of Counsel to
                                                  Richard A. Zimmerman (RZ 0963)

                                      Attorney for Defendant  
                                      233 Broadway – Suite 2202  
                                      New York, NY 10279  
                                      (212) 619-1919

TO:

    Kyle B. Watters, Esq.  
    WATTERS & SVETKEY, LLP  
    Attorney for Plaintiff  
    286 Madison Avenue – Suite 1800  
    New York, New York 10017