Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMADOU BHOYE SOW,

              Plaintiff,

-against-

PS INTERNATIONAL, LTD.

              Defendant.
-------------------------------------------------------x

**ECF CASE**

**08 Civ. 4114 (CM)**

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for the captioned defendant.

    I certify that I am admitted to practice in this court

Dated: July 7, 2008
       New York, NY

                                         Respectfully submitted,

                                         Patrick C. Crilley (PC 9057)
                                         Of Counsel to
                                         Richard A. Zimmerman (RZ 0963)
                                         Attorney for All Defendants
                                         233 Broadway – Suite 2202
                                         New York, NY 10279
                                         (212) 619-1919

To:    Kyle B. Watters, Esq.
         WATTERS & SVETKEY, LLP
         Attorney for Plaintiff
         286 Madison Avenue – Suite 1800
         New York, New York 10017