Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMADOU BHOYE SOW,                                            **ECF CASE**
                        Plaintiff,
                                                             **08 Civ. 4114 (CM)**
        -against-
                                                             **NOTICE OF MOTION**
PS INTERNATIONAL, LTD.                                       **TO COMPEL**
                        Defendant.                           **ARBITRATION IN LONDON**
-------------------------------------------------------x

SIRS:

   PLEASE TAKE NOTICE, that on the motion of PS International, Ltd., filed on July 7th, 2008, the undersigned will move the above Court for the hearing of motions at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a date to be determined by the Court, for an Order directing the Plaintiff to proceed to arbitration in London and staying the action in this Court, all as described in the accompanying papers filed herein, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       July 7, 2008

                                                    _____
                                                    Patrick C. Crilley (PC 9057)
                                                    Of Counsel to
                                                    Richard A. Zimmerman (RZ 0963)

                                                   Attorney for Defendant
                                                   233 Broadway -- Suite 2202
                                                   New York, NY 10279
                                                   (212) 619-1919

TO:

      Kyle B. Watters, Esq.
      WATTERS & SVETKEY, LLP
      Attorney for Plaintiff
      286 Madison Avenue -- Suite 1800
      New York, New York 10017